# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| VICTORIA MIRANDA | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-694 |
| NANCY A. BERRYHILL | : |

## ORDER

**AND NOW,** this 23rd day of August 2018, upon considering Plaintiff's Petition for Review and Brief (ECF Doc. No. 10), the Commissioner's Response (ECF Doc. No. 12), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Petition for Review (ECF Doc. No. 10) is **DENIED**. The Clerk of Court shall **close** this case.

*[signature]*

**KEARNEY, J.**